STEPHEN DIETZ, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order denying motion for separate trial of issues raised by separate defense of release affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ANNA DINSMORE, as Administratrix, etc., of DAVID DINSMORE, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment dismissing complaint reversed upon the law, and new trial granted, costs to appellant to abide the event. The notice stating that decedent was caused to fall through the ice in the lake at Prospect Park was sufficient to enable the representatives of the city to investigate promptly the circumstances surrounding the alleged accident and the place where it was said to have occurred. In our opinion, because of the nature of the accident, the city's representatives would not be misled by this notice. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARCELLE LOUISE GABRIELLE DUMONT, an Infant, etc., by PERCY D. STODDART, Her Guardian ad Litem, Appellant, v. ABRAHAM WHITE, Respondent.— Order confirming report of official referee and changing place of trial from Nassau county to New York county affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JOHN FERRERI, Appellant, v. LESTER WOOLEN MILLS, INC., and DAVID S. SIMONS, Respondents.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

THOMAS FOSS, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment reversed upon the facts, and new trial granted, with costs to appellant to abide the event, unless, within ten days after the entry of the order herein, plaintiff shall stipulate that the recovery of damages be reduced to $3,500, with appropriate costs. In the event of such stipulation, the judgment as so reduced is unanimously affirmed, without costs. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

RHEA FUNT, Appellant, v. IRVING FUNT, Respondent.— Order reducing alimony affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur:

LAILA R. GILCHRIST, Appellant, v. WESTERN ELECTRIC COMPANY, INCORPORATED, Respondent.— Order granting defendant's motion for judgment on the pleadings, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MORRIS GROSS, Respondent, v. MILLARD MARCUSE, Appellant.— Order striking out separate defense, granting motion for partial summary judgment, severing the remaining issues and directing the trial thereof, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the pleadings and affidavits show that there is an issue to be tried. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.